UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY TRASK,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>　　　Defendant. | CASE NO. C06-0473-MAT<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING RETURN OF SUMMONS |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $250.00 filing fee.

(1)　The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is his and his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

/ / /

/ / /

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND DIRECTING
RETURN OF SUMMONS
PAGE -1

(2)  The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 7th day of April, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND DIRECTING
RETURN OF SUMMONS
PAGE -2